UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JORGE YAIR NAVARRO,
Petitioner,
v.
NOEM, et al.,
Respondents.

Case No. 5:26-cv-04029-SRM-PD

**ORDER DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER [10]**

Before the Court is Petitioner Jorge Yair Navarro's ("Petitioner") motion for a temporary restraining order. Dkt. 10. Petitioner is currently in immigration custody and seeks a temporary restraining order requiring, among other things, Respondents to release him from detention. *See id.* at 22.

Due to the influx of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05. Dkt. 4. Pursuant to the General Order, the Court set a briefing schedule on the underlying petition for writ of habeas corpus in this case and Respondents filed a Response on July 27, 2026. Dkt. 9. In light of the expedited briefing schedule on the underlying habeas petition, and because the habeas petition is fully briefed, it is unlikely that Petitioner is likely to suffer irreparable harm in the absence of a preliminary injunction. Thus, the

Court concludes that Petitioner is not entitled to a temporary restraining order at this time. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief."). Accordingly, the *ex parte* application is **DENIED**. Proceedings on the merits of underlying habeas petition will continue before the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: August 13, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE