JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE YAIR NAVARRO,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | Case No. 5:26-cv-04029-SRM-PD<br><br>**JUDGMENT**<br><br>**A# 246-061-363** |

Pursuant to the Court's Order granting Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **GRANTED**. Dkt. 1.

**IT IS SO ORDERED.**

Dated: November 21, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE